IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS HOGSTON, Executor of Estate of HARRY HOGSTON, | : : : | CONSOLIDATED UNDER MDL 875 |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION |
| ALLIS-CHALMERS CORP., et al | : : | NO. 06-67847 |
| Defendant. | : | |

## **O R D E R**

**AND NOW,** this **3rd** day of **December, 2009,** it is hereby **ORDERED** that Plaintiff's motion to strike supplement to NSI's reply memorandum in support of their motion for summary judgment (doc. no. 47) is **DENIED.**

It is further **ORDERED** that Defendant NSI's motion for summary judgment (doc. no. 24) is **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**